SAMUEL M. HITCHCOCK, as Assignee for the Benefit of Creditors of F. W. HALLAM & COMPANY, Respondent, *v.* CAFÉ RAUB, INCORPORATED, Appellant.

*Hitchcock* v. *Café Raub, Inc.,* 153 App. Div. 901, affirmed.
(Argued March 12, 1915; decided March 26, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 29, 1912, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action to recover upon certain promissory notes. The defense was failure of consideration in that the notes had been given in payment of the contract price of a refrigerating plant agreed to be furnished by plaintiff's assignor, but which had never been put in good running order nor met the required tests.

*Alvin Cushing Cass* for appellant.

*Milton M. Goldsmith* and *Max Horowitz* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN and SEABURY, JJ. Not sitting: MILLER, J.